WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DORETHA SHARP an individual <br><br> Plaintiff, <br><br> vs. <br><br> DOLGEN MIDWEST, LLC, a Foreign Limited-Liability Company d/b/a Dollar General #12786; CRAIG IBAY, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No: 2:26-cv-01423 <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

The Parties, by and through their attorneys of record, hereby submit the following Stipulation and Order to extend deadline for Defendants' Opposition to Plaintiff's Motion to Remand from June 4, 2026 to June 9, 2026.

Defendants filed Petition for Removal on May 8, 2026. Plaintiff Doretha Sharp filed her Motion to Remand on May 21, 2026, with the deadline for Opposition on June 4, 2026. Defendants are seeking additional time to gather additional facts regarding the case to support their Opposition.

Dated: 4th day of June, 2026                    Dated: 4th day of June, 2026

/s/ William H. Pruitt                                   /s/Marcus Berg
WILLIAM H. PRUITT, ESQ.                      MARCUS A. BERG, ESQ.
Nevada Bar No. 6783                                  Nevada Bar No. 9760
JOSEPH R. MESERVY, ESQ.                    JOHN C. FUNK, ESQ.
Nevada Bar No. 14088                                Nevada Bar No. 9255
3890 West Ann Road                                   MOSS BERG INJURY LA WYERS
North Las Vegas, NV 89031                        5420 West Sahara Avenue, Suite 101
*Attorneys for Defendants*                          Las Vegas, Nevada 89146
                                                                  *Attorneys for Plaintiff Sharp*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

**IT IS SO ORDERED** that the parties stipulation to extend deadline for Defendants' opposition to Plaintiff's motion to remand (ECF No. 10) is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___6/5/2026_____

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of June, 2026, I served the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** as follows:

☐ US MAIL: by placing the document(s) listed above in a sealed envelope, postage prepaid, in the United States Mail at Las Vegas, Nevada, addressed to the following:

☐ BY FAX: by transmitting the document(s) listed above via facsimile transmission to the fax number(s) set forth below.

☐ BY HAND-DELIVERY: by hand-delivering the document(s) listed above to the address(es) set forth below.

☐ BY EMAIL: by emailing the document(s) listed above to the email address(es) set forth below.

☒ BY ELECTRONIC SERVICE: by electronically serving the document(s) listed above with the PACER system upon the following:

MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556

/s/ Allyssa Chua
An Employee of BARRON & PRUITT, LLP

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

3

| From: | Tonya Baltazar |
|---|---|
| To: | Allysa Chua |
| Cc: | Marcus Berg; Ana Amezaga; Mireya Carbajal; Bill Pruitt; Jonathan Cavender |
| Subject: | RE: A-26-938715-C/2:26-cv-01423-DJA - Sharp v Dolgen Midwest LLC -26.1 Initial Disclosire |
| Date: | Thursday, June 4, 2026 3:37:25 PM |
| Attachments: | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |

Yes you can sign for Marcus

Have a Great Day!

Tonya Baltazar, Paralegal

**MOSS BERG INJURY LAWYERS**

5420 W Sahara Ave, Suite 101

Las Vegas, Nevada 89146

Telephone: (702) 222-4555

Facsimile: (702) 222-4556

Tonya@mossberglv.com

www.mossberginjurylaw.com



CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Nothing in this e-mail should be construed as an electronic signature or an act constituting a binding contract. If you have received this communication in error, please immediately notify us at (702) 222-4555. Thank you.

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Thursday, June 4, 2026 3:33 PM
**To:** Tonya Baltazar <Tonya@mossberglv.com>
**Cc:** Marcus Berg <Marcus@mossberglv.com>; Ana Amezaga <Ana@mossberglv.com>; Mireya Carbajal <Mireya@mossberglv.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Jonathan Cavender <JCavender@lvnvlaw.com>
**Subject:** RE: A-26-938715-C/2:26-cv-01423-DJA - Sharp v Dolgen Midwest LLC -26.1 Initial Disclosire

Hello, Counsel:

Please advise if I have permission to affix your e-signature, thank you.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

**From:** Allysa Chua
**Sent:** Thursday, June 4, 2026 3:01 PM
**To:** Tonya Baltazar <Tonya@mossberglv.com>
**Cc:** Marcus Berg <Marcus@mossberglv.com>; Ana Amezaga <Ana@mossberglv.com>; Mireya Carbajal <Mireya@mossberglv.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Jonathan Cavender <JCavender@lvnvlaw.com>
**Subject:** RE: A-26-938715-C/2:26-cv-01423-DJA - Sharp v Dolgen Midwest LLC -26.1 Initial Disclosire
**Importance:** High

Good day, Counsel:

This is received. Will you also be willing to stipulate to extend our Opposition to your Motion to Remand to Tuesday (June 9)? Thank you.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

**From:** Tonya Baltazar <Tonya@mossberglv.com>
**Sent:** Thursday, June 4, 2026 11:56 AM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Cc:** Marcus Berg <Marcus@mossberglv.com>; Ana Amezaga <Ana@mossberglv.com>; Mireya Carbajal <Mireya@mossberglv.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Subject:** RE: A-26-938715-C/2:26-cv-01423-DJA - Sharp v Dolgen Midwest LLC -26.1 Initial Disclosire

Hello Counsel

Please find attached a copy of our Initial 26.1 Disclosure, please note the original will NOT be mailed.  I have attached the link for all the exhibits as well.

https://mossberg.filev.io/r/s/2965cKonyh6c5WLocsfbnQSJIH47dKM9TjF6xX9bxVC19c80xfV6jSJe

Have a Great Day!

Tonya Baltazar, Paralegal

**MOSS BERG INJURY LAWYERS**

5420 W Sahara Ave, Suite 101

Las Vegas, Nevada 89146

Telephone: (702) 222-4555

Facsimile: (702) 222-4556

Tonya@mossberglv.com

www.mossberginjurylaw.com



CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Nothing in this e-mail should be construed as an electronic signature or an act constituting a binding contract. If you have received this communication in error, please immediately notify us at (702) 222-4555. Thank you.

**From:** Tonya Baltazar
**Sent:** Monday, June 1, 2026 11:09 AM
**To:** 'Allysa Chua' <AChua@lvnvlaw.com>
**Cc:** Marcus Berg <Marcus@mossberglv.com>; Ana Amezaga <Ana@mossberglv.com>; Mireya Carbajal <Mireya@mossberglv.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Subject:** RE: A-26-938715-C/2:26-cv-01423-DJA - Sharp v Dolgen Midwest LLC -Joint Status Report

Yes, please ask for Ana Amezaga, she will be doing it.

Thanks

Have a Great Day!

Tonya Baltazar, Paralegal

**MOSS BERG INJURY LAWYERS**

5420 W Sahara Ave, Suite 101

Las Vegas, Nevada 89146

Telephone: (702) 222-4555